UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches; David T. Braunstein,
Plaintiffs

v.

John Manuel Melendrez,
Defendant

Class Action Suit Pursuant to Fed. R. Civ. P. 20
Temporary Restraining Order

The Plaintiffs bring this Class Action Suit against defendant. Defendant has been making threats. Plaintiffs 6th amendment rights are being violated by Defendants under Booker and Fanfan. Plaintiffs due process is violated. Plaintiffs seek a restraining order.

Jonathan Lee Riches
David T. Braunstein
P.O. Box 340
Salters, S.C. 29590

Respectfully,