Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
18 JAN 2008

KT 1/23

United States District Court
District of South Carolina
Clerk of Court
Haynsworth Federal Bldg
300 E. Washington St
Greenville, S.C. 29601

29601+2800

Legal
Mail